IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                              CR 15-4269  KG

MAURICIO VARELA, et al.,

    Defendants.

## ORDER REGARDING CASE BUDGETING

In accordance with CJA Guidelines, the Court will require case budgeting for the following representations: 1) all capital representations; and 2) all non-capital representations that are likely to exceed 300 attorney hours or $39,000 in combined attorney and service provider fees.

CJA counsel whose representations meet either criterion shall work with the Tenth Circuit Case Budgeting Attorney, Cari Waters, to timely prepare a proposed pretrial budget for the Court's review and approval. Counsel may reach Ms. Waters at (303) 335-2826 or cari_waters@ca10.uscourts.gov and should contact her no later than Friday, January 8, 2016.

_____
UNITED STATES DISTRICT JUDGE