IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. <u>15-CR-4269-JB</u> |
| | ) | |
| MAURICIO VARELA, | ) | |
| | ) | |
| Petitioner. | ) | |

<u>UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO
PETITIONER'S MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582
AND THE FIRST STEP ACT OF 2018</u>

The United States of America moves this Court for a 30-day extension of time from June 11, 2026, to July 13, 2026, within which to file a response to Petitioner's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 and the First Step Act of 2018 (Doc. No. 304). As grounds for this motion, the United States declares that:

1.    The Petitioner filed his motion on May 28, 2026.

2.    The United States' response to this motion currently is due on June 11, 2026.

3.    The Government did not receive a complete copy of Petitioner's motion until June 10, 2026. As a result, the Government has had limited time to review the motion and prepare its response.

4.    Undersigned counsel needs additional time to review documents and other evidence to sufficiently and adequately respond to the motion pending before this Court.

5.    Due to Petitioner's custodial status, counsel for the government has not conferred with Petitioner regarding Petitioner's position on the Motion.

**WHEREFORE**, the United States respectfully requests that this Court grant the United States' motion and extend the deadline by 30 days, until July 13, 2026, within which to file its response to Petitioner's motion.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

*/s/    Electronically Filed 6/11/26*
MARIA YSABEL ARMIJO
RANDY M. CASTELLANO
Assistant U.S. Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 – Tel.
(575) 522-2391 – Fax

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on this 11th day of June, 2026.

*/s/    Electronically Filed 6/11/26*
MARIA YSABEL ARMIJO
Assistant U.S. Attorney