**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                        No. CR 15-4269 JB

MAURICIO VARELA,

      Petitioner.

**ORDER GRANTING EXTENSION OF TIME TO RESPOND
TO PETITIONER'S MOTION FOR SENTENCE REDUCTION PURSUANT TO
18 U.S.C. § 3582 AND THE FIRST STEP ACT OF 2018**

THIS MATTER having come before the Court upon the Governments motion for a 30-day extension of time from June 11, 2026, to July 13, 2026, within which to respond Petitioner=s Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 and the First Step Act of 2018, filed May 28, 2026, and the Court having reviewed the motion and being fully advised in the premises, FINDS that the motion is well taken and shall be granted.

IT IS THEREFORE ORDERED that the United States shall file its response to Petitioner's Motion by July 13, 2026.

 

_____
UNITED STATES DISTRICT JUDGE