TRULINCS 83924051 - VARELA, MAURICIO - Unit: BUT-G-B

----------------------------------------------------------------------------------

FROM: 83924051
TO:
SUBJECT: REPLY 1
DATE: 07/29/2026 02:53:50 PM

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 10 2026

ERIK PALTROW
CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

United States of America,
plaintiff,

v.                                    Criminal No. 15-4246 JB
                                                 15-4269 JB

Mauricio Varela,
defendant.

AMENDED REPLY TO THE GOVERNMENT'S FAILURE TO REPOND IN TIME AS REQUIRED UNDER LR-CR 47.8

The undersigned defendant Mauricio Varela hereby timely replies before this Honorable Court addressing the Government's failure to respond and it's concession of all facts, arguments and relief requested in the undersigned's pending motion for compassionate release according to Title 18 U.S.C. Section 3582. (Dk. 3899). The undersigned defendant relies on the following in support:

The government's response is untimely, well beyond the 14 days allowed by LR-CR 47.8. The undersigned's 3582 motion was filed on May 28, 2026 (Dk. 3899). The United States did not file their response until July 13, 2026 (Dk. 323). For this reason alone, the government's response should be disregarded by this court and deemed the untimely concession of all the facts and relief submitted in the 3582 motion.

It is well understood and accepted in United States courts throughout the Country that failure to respond [in time] to a argument is a concession of same. See: Kinetic Concepts Inc. v. Convatec Inc., U.S. District LEXIS 40240 No. 1:08CV00918 (M.D. NC 4/23 2010) (collected). The Government has failed to respond in time or timely seek this Court's leave to file a "surresponse", if there is such a legal device, as LR-CR 47.8 mandates. Accordingly the government has conceded all the facts, arguments and relief requested in the undersigned's 3582 motion. As there is no timely controversy on the record, all that remains is for this Honorable Court to order the conceded relief requested.

As for the facts, in Beres the defendant participated in the NGU "drop out" program and he he received a "drop tag" designation, 2023 U.S. Dist LEXIS 226895, 2023 WL 8809320, at *1. The District court recognized that "rehabilitation is not, by itself, an extraordinary and compelling reason" for sentence reduction, the court found that "the 'drop out' program is not simply a rehabilitation program" Id. at *2 (quoting U.S. Sent'g Guidelines Manual section 1B1.13(d)). The Court explained that the "program is a lengthy process that requires the defendant to be fully vetted and debriefed by relevant federal agencies" which is used "to combat gang activity and could, potentially, endanger the life of a defendant." Id. The Wright case is based on Beres.

The undersigned stands by his submissions of the facts in the 3582 motion and any replay of 20+ year old pre-drop out activity if nothing else confirms two things: how much the undersigned has changed for the better having exited the gang life and what type of potential violence is possibly waiting for him because of his personal positive change.

It is for the reasons and facts herein above and in the 3582 motion that the Court should see fit to order the undersigned's compassionate release.

Respectfully Submitted,

*Mauricio Varela*
Mauricio Varela, Defendant.

Certification of Service

I, the undersigned hereby certify under penalty of perjury that I did cause to ne mailed a true copy of this timely reply to the US Attorney of record at the address of record by pre-paid first class U.S. mail.

*Mauricio Varela*

# LR-CR 47.8. Timing and Restrictions on Responses and Replies.

**a. Timing.**  A response must be served within fourteen (14) days after service of the motion. A reply must be served within fourteen (14) days after service of the response. These time periods are computed in accordance with Rule 45(a) thru (c) of the Federal Rules of Criminal Procedure and may be extended by the Court.

**b. Surreply.**  The filing of a surreply requires leave of the Court.

**c. Expedited Briefing.**  When the Court orders an expedited briefing schedule, briefs and any supporting papers must be served on each party by the most expeditious reasonable method of service.

**HISTORY** [Effective November 1, 2005; as amended, March 1, 2009; December 1, 2009; amended April 1, 2018.]

© 2026 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Case 2:15-cr-04269-JB   Document 330   Filed 08/10/26   Page 3 of 3

Mauricio Varela # 83924-051

Name:                    Number:
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

GREENSBORO NC  270
PIEDMONT TRIAD AREA
5 AUG 2026   PM 4  L



Freedom
250
FOREVER/USA

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 10 2026

ERIK PALTROW
CLERK

⇔83924-051⇔
U-S Courthouse
333 Lomas BLVD NW
Suite 270
Albuquerque, NM 87102
United States

legal mail

87102-227470